**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**KENNETH RELEFORD**                                                                                      **PLAINTIFF**

           v.               Civil No. 13-2168

**CAROLYN W. COLVIN,**[1] **Commissioner**
**Social Security Administration**                                                                **DEFENDANT**

**O R D E R**

Now on this 19th day of May 2014, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #22), filed on April 28, 2014, to which no objections have been made. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #22) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, **Plaintiff's Motion for an Award of Attorney's Fees under the Equal Access to Justice Act** (document #19) is hereby **granted** as described in the Report and Recommendation. Judgment will be entered under separate order.

**IT IS SO ORDERED.**

                                                              /s/ Jimm Larry Hendren
                                                              **JIMM LARRY HENDREN**
                                                              **UNITED STATES DISTRICT JUDGE**

---

[1] As of February 14, 2013, Carolyn W. Colvin became the Acting Social Security Commissioner. Pursuant to Fed. R. Civ. P. 25(d)(1), Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this matter.