IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**KENNETH RELEFORD**                                                                                **PLAINTIFF**

v.            Civil No. 13-2168

**CAROLYN W. COLVIN,**[1] **Commissioner**
**Social Security Administration**                                                                  **DEFENDANT**

### J U D G M E N T

Now on this 19th day of May 2014, comes on for consideration **Plaintiff's Motion for an Award of Attorney's Fees under the Equal Access to Justice Act** (document #19), and for the reasons stated in the Order entered contemporaneously herewith, the request for fees and costs is hereby **granted**. Plaintiff Kenneth Releford is awarded judgment in the amount of **$4,024.50**, which is to be paid in addition to, and not out of, any past-due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED.**

                                                      /s/ Jimm Larry Hendren
                                                      **JIMM LARRY HENDREN**
                                                      **UNITED STATES DISTRICT JUDGE**

---

[1] As of February 14, 2013, Carolyn W. Colvin became the Acting Social Security Commissioner. Pursuant to Fed. R. Civ. P. 25(d)(1), Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this matter.